## WALLACE V. NEWBERRY.

(Decided May 14, 1908. Rehearing denied July 3, 1908.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

FRANK S. WHITE & SONS, for appellant. ISHAM D. HOOG, and STERLING A. WOOD, for appellee.

ANDERSON, J. A majority of the court order an affirmance on the fact.

---

## YOUNG V. THE STATE.

(Decided June 4, 1908.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

No counsel marked for appellant. ALEXANDER M. GARBER, Attorney General, for the State.

HARALSON, J. Affirmed on the record.

TYSON, C. J., SIMPSON and DENSON, JJ., concur.